FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 28 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States; et al., <br><br> Defendants-Appellants. | No. 17-16886 <br><br> D.C. No. 3:17-cv-00485-WHO <br> Northern District of California, <br> San Francisco <br><br><br> ORDER |
| COUNTY OF SANTA CLARA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States; et al., <br><br> Defendants-Appellants. | No. 17-16887 <br><br> D.C. No. 3:17-cv-00574-WHO <br> Northern District of California, <br> San Francisco <br><br><br> ORDER |

This order vacates the order entered at Docket No. 9

Appellants' motion (Docket Entry No. 8) to consolidate Nos. 17-16886 and 17-16887 is granted.

LK/Pro Mo

The consolidated opening brief remains due October 16, 2017. The answering briefs are due November 15, 2017. The consolidated optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7